UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GS HOLISTIC, LLC,

        Plaintiff,

– against –

NASRIN RAHMAN, *d/b/a* NS Enterprise Manhattan,

        Defendant.

**ORDER**

25-cv-04766 (ER)

RAMOS, D.J.:

    GS Holistic, LLC brought this action against Nasrin Rahman on June 5, 2025. Doc. 1. Rahman's answer was due on September 5, 2025, and the Clerk's certificate of default was issued on September 9, 2025. Docs. 8, 11. Since then, there has been no activity in this case. GS Holistic, LLC is directed to move for default by October 23, 2025.

    It is SO ORDERED.

Dated:   October 16, 2025
          New York, New York

                                              EDGARDO RAMOS, U.S.D.J.