IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

**MEMO ENDORSED**

| | |
|---|---|
| GS HOLISTIC, LLC, <br><br> Plaintiff, <br><br> v. <br><br> NASRIN RAHMAN d/b/a <br> NS ENTERPRISE MANHATTAN, <br><br> Defendants. | Case No. 1:25-cv-04766-ER <br><br> Hon. Judge Edgardo Ramos <br><br> **PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT** |

PLEASE TAKE NOTICE THAT in accordance with the Court's Individual Local Rule 55.2(b) and Federal Rules of Civil Procedure 55(b)(2), and upon the accompanying memorandum of law, declarations and proposed order in support, and the entire record herein, Plaintiff, GS HOLISTIC, LLC, hereby moves for a default judgment and permanent injunction against Defendant NASRIN RAHMAN d/b/a NS ENTERPRISE MANHATTAN.

Dated: October 23, 2025

Respectfully submitted,

/s/ *Anthony M. Verna III*
Anthony M. Verna III
Verna Law, P.C.
80 Theodore Fremd Ave.
Rye, NY 10580
Serv611@LegalBrains.com
Telephone: 561-232-2222
*Attorney for the Plaintiff*

---

Plaintiff is directed to file a proposed order to show cause.

SO ORDERED.

/s/ Edgardo Ramos, U.S.D.J.
Dated: October 27, 2025
New York, New York